UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LILIAN PATRICIA GUZMAN CARDENAS,                  :
:
                          Petitioner,        :              25-CV-9169
:
      -v-                                         :              <u>ORDER</u>
:
JUDITH C. ALMODOVAR,                              :
:
                          Respondents.      :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise. *See, e.g., Khalil v. Joyce*, No. 25-CV-01935-JMF, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g., Du v. United States Dep't of Homeland Sec.*, No. 3:25-CV-644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

       The Court notes that the Chief Judge's October 2, 2025 Amended Standing Order staying certain civil cases involving the United States Attorney's Office for this District does not apply to immigration cases and thus does not, on its face, apply here. Nevertheless, to ensure that the Government has notice, Petitioner's counsel is directed (1) to serve Respondents with a copy of the petition and accompanying papers, along with a copy of this Order, on the Civil Division of the United States Attorney's Office for the Southern District of New York by email addressed to jeffrey.oestericher@usdoj.gov and (2) to docket proof of such service.

       SO ORDERED.

Dated: November 4, 2025
       New York, New York

                                                     LEWIS J. LIMAN
                                                   United States District Judge