UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LILIAN PATRICIA GUZMAN CARDENAS,

                Petitioner,

    -v-

JUDITH C. ALMODOVAR et al,

                Respondents.
-------------------------------------------------------------------X

25-CV-9169 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- As to the matter of transfer, Petitioner shall file any motion requesting Petitioner's transfer to this (or a nearby) District **no later than November 10, 2025**. The Government shall file any opposition (consolidated with its opposition to the petition itself) **no later than November 13, 2025.** Petitioner shall file a reply, if any, **no later than November 14, 2025.**

- As to the pending petition, the Government shall file any response (as noted, consolidated with its opposition to any motion to transfer) **no later than November 13, 2025.** Petitioner shall file a reply, if any, **no later than November 18, 2025.**

SO ORDERED.

Dated: November 7, 2025
       New York, New York

                                                  JESSE M. FURMAN
                                                  United States District Judge