UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

LILIAN PATRICIA GUZMAN CARDENAS,

                     Petitioner,                    25 **CIVIL** 9169 (JMF)

    -against-                                   **JUDGMENT**

JUDITH C. ALMODOVAR et al,

                     Respondents.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated November 18, 2025, Guzman's Petition for the writ of habeas corpus is GRANTED, and Respondents are ORDERED to immediately release her from custody. *See, e.g.*, *Tumba Huamani*, 2025 WL 3079014, at \*9; *Samb v. Joyce*, 25-CV-6373 (DEH), 2025 WL 2398831, at \*3 (S.D.N.Y. Aug. 19, 2025).4F5 In light of the Court's Order, Petitioner's motion for transfer back to this District, *see* ECF No. 17, is DENIED as moot; accordingly, case is closed.

**DATED:**  New York, New York
             December 8, 2025

                                        **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                **BY:**          *K. Mango*
                                            **Deputy Clerk**